**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**BURDOCK AND ASSOCIATES, INC,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　**Case No.  6:08-cv-415-Orl-22KRS**

**BERNADENE MAGNUSON,**

        **Defendant.**
_____

## ORDER

This cause is before the Court on Defendant's Motion to Dismiss Pursuant to Fed.R.Civ.P. 12(b)(2), (4), and (5) (Doc. No. 10) filed April 3, 2008, and on Defendant's Motion to Strike George A. Burdock's Affidavit in Opposition to Motion to Dismiss (Doc. No. 18) filed April 29, 2008.

The United States Magistrate Judge has submitted a report recommending that the Motion to Dismiss be granted and the Motion to Strike be denied.

After an independent *de novo* review of the record in this matter, including the objections filed by the Defendant, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1.　　Defendant's Objections are OVERRULED.  The Report and Recommendation filed June 17, 2008 (Doc. No. 35) is ADOPTED and CONFIRMED and made a part of this Order.

  2. Defendant's Motion to Dismiss Pursuant to Fed.R.Civ.P. 12(b)(2), (4), and (5) (Doc. No. 10) filed April 3, 2008 is GRANTED.

  3. Defendant's Motion to Strike George A. Burdock's Affidavit in Opposition to Motion to Dismiss (Doc. No. 18) is DENIED.

  4. The Motion for Leave to Perfect Service of Process (Doc. No. 37) filed July 9, 2008 is DENIED.

  5. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on August 1, 2008.

Copies furnished to:

United States Magistrate Judge
Counsel of Record

ANNE C. CONWAY
United States District Judge